Steve GARVEY, Petitioner–Appellant,

v.

Thomas T. ROBERTS, Arbitrator; Major League Baseball Players Association, Respondents–Appellees.

Nos. 00–56080, 98–55263.

United States Court of Appeals, Ninth Circuit.

Filed July 11, 2001

Before: REINHARDT, and HAWKINS, Circuit Judges, and WHYTE, District Judge.[1]

### ORDER

The case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Major League Baseball Players Association v. Steve Garvey*, —— U.S. ——, 121 S.Ct. 1724, 149 L.Ed.2d 740 (2001).